## ABANAR BLDG. & INVESTMENT CO v EPSTEIN

Ohio Appeals, 8th Dist, Cuyahoga Co
No. 11,495. Decided May 18, 1931

B. H. Schulist, Cleveland, for Abanar Bldg. & Invest. Co.

Samuel Rembrandt, for Epstein.

JUSTICE, PJ, CROW and KLINGER, JJ, (3rd Dist) sitting.

CROW, J.

The bill of exceptions taken on the hearing of the motion shows the concession of counsel for defendant that he owned no personal property; there is also a recital in the bill that such real estate as the debtor owned was subject to several mortgages, in consequence of which there was seemingly no equity. In that situation it was quite clear that the debtor had no personal or real property subject to levy, sufficient to satisfy the judgment in issue, which fact made applicable the provisions of §11760 GC, and hence justified the action of the court in overruling the motion to vacate the order.

The judgment must therefore be affirmed.

JUSTICE, PJ, and KLINGER, J, concur.

## PETTIFORD v YELLOW SPRINGS (Village)

Ohio Appeals, 2nd Dist, Greene Co
Decided April 30, 1930

For full opinion see 176 NE 587; 38 Oh Ap 310 (Oh Bar 7-14-31).